**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

CIVIL ACTION FILE NO. 26-cv-739

TD Bank, N.A.,

Plaintiff,

vs.

Mendez and Torres PLLC; Rafael E. Torres; Rafael Mendez,

Defendant(s).

BCP No.: 26-43367

**VERIFIED COMPLAINT BREACH OF CONTRACT ON NOTE AND BREACH OF CONTRACT ON GUARANTY**
(Non-Jury)

The Plaintiff above-named, complaining of the Defendant(s) herein, alleges that:

**GENERAL ALLEGATIONS**

1. Plaintiff, TD Bank, N.A., is a national banking association organized and existing under the laws of the United States. It is headquartered in New Jersey and conducts business in North Carolina.

2. Upon information and belief, Defendant Rafael E. Torres is a resident and citizen of Mecklenburg County, North Carolina.

3. Upon information and belief, Defendant Rafael Mendez is a resident and citizen of Mecklenburg County, North Carolina.

4. Upon information and belief, the Defendant, Mendez and Torres PLLC is a company organized and existing under the law of the State of North Carolina and Rafael E. Torres and Rafael Mendez are the only members.

5. This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a) because the parties to this action are citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

6. Venue is proper in this Court.

## <u>First Cause of Action</u>
**(Breach of Contract of the Note, Loan Agreement, and Security Agreement,)**

7. Plaintiff hereby incorporates by reference the allegations of the prior paragraphs as if repeated verbatim herein.

8. For valuable consideration given, Mendez and Torres PLLC made, executed, and delivered to TD Bank, N.A. a certain Term Note dated December 29, 2023 ("***Note***"), Loan Agreement dated December 29, 2023 ("***Loan Agreement***"), and Security Agreement dated December 29, 2023 ("***Security Agreement***"), in the original principal amount of $900,000.00. A true and correct copy of the Note is attached hereto as **Exhibit A**, and its terms are incorporated herein by reference. A true and correct copy of the Loan Agreement is attached hereto as **Exhibit B**, and its terms are incorporated herein by reference. A true and correct copy of the Security Agreement is attached hereto as **Exhibit C**, and its terms are incorporated herein by reference.

9. Mendez and Torres PLLC promised to pay Plaintiff the amounts set forth in the Note, the Loan Agreement, and the Security Agreement.

10. Mendez and Torres PLLC is in default under the terms of the Note, the Loan Agreement, and the Security Agreement by reason of its failure to make monthly payments when due.

11. As of July 6, 2026, the balance due on the Note, the Loan Agreement, and the Security Agreement was $848,743.17 plus interest continuing to accrue thereon, costs and expenses, and attorneys' fees.

12. Pursuant to its rights under the Note, the Loan Agreement, and the Security Agreement, Plaintiff has elected to declare all sums due under the Note, the Loan Agreement, and the Security Agreement due and payable, however, reserving any and all other rights and remedies Plaintiff may have under the Note, the Loan Agreement, and the Security Agreement. A true and correct copy of the Demand Letter is attached hereto as **Exhibit D**.

13. Plaintiff is informed and believes that it is entitled to recover all reasonable expenses of collection, enforcement, or protection of its rights under the Note, the Loan Agreement, and the Security Agreement, including, but not limited to, attorneys' fees.

14. Plaintiff does not waive, and specifically demands, personal judgment against Mendez and Torres PLLC for the amounts due on the Note, the Loan Agreement, and the Security Agreement.

## SECOND CAUSE OF ACTION
**(Breach of Contract on Guaranty as to Rafael E. Torres and Rafael Mendez)**

15. Plaintiff hereby incorporates by reference the allegations of the prior paragraphs as if repeated verbatim herein.

16. As further consideration for the Note, the Loan Agreement, and the Security Agreement, Defendant Rafael E. Torres ("***Torres***") made, executed, and delivered certain an Unlimited Guaranty to TD Bank, N.A., pursuant to which Rafael E. Torres guaranteed payment and performance of the debt, liability, and obligation of every type and description which was then in existence or which in the future might come into existence ("***Rafael E. Torres Guaranty Agreement***") and Defendant Rafael Mendez ("***Mendez***") made, executed, and delivered certain an Unlimited Guaranty to TD Bank, N.A., pursuant to which Rafael Mendez guaranteed payment and performance of the debt, liability, and obligation of every type and description which was then in existence or which in the future might come into existence ("***Rafael Mendez Guaranty Agreement***"). True and correct copies of the Rafael E. Torres Guaranty Agreement and the Rafael Mendez Guaranty Agreement are collectively attached hereto as **Exhibit E**, and their terms are incorporated herein by reference. Torres and Mendez shall hereinafter individually be referred to as "***Guarantor***" and collectively referred to as "***Guarantors***."

17. Mendez and Torres PLLC is in default under the terms of the Note, the Loan Agreement, and the Security Agreement by reason, among others, of its failure to make payments under the Note, the Loan Agreement, and the Security Agreement.

18. Plaintiff has, and does, hereby elect to declare the total unpaid balance of principal and interest under the Rafael E. Torres Guaranty Agreement and the Rafael Mendez Guaranty Agreement due and payable.

19. Plaintiff seeks to exercise its rights under the terms of the Note, the Loan Agreement, the Security Agreement, the Rafael E. Torres Guaranty Agreement, and the Rafael Mendez Guaranty Agreement and has placed this matter with the undersigned Attorneys for collection.

20. Defendants Mendez and Torres PLLC, Rafael E. Torres, and Rafael Mendez have waived notice of presentment and demand for payment or performance and have waived notice of dishonor.

21. Because the amount due under the Rafael E. Torres Guaranty Agreement and the Rafael Mendez Guaranty Agreement is a sum that is certain or is capable of being reduced to certainty, Plaintiff is further entitled to receive, and seeks to recover, pre-judgment interest.

WHEREFORE, Plaintiff prays for judgment of this Court that:

A. As to the First Cause of Action, grant Plaintiff judgment against Mendez and Torres PLLC in the amount of $848,743.17, plus accruing interest as of the date of default until paid in full at the rate set forth in the Note, the Loan Agreement, and the Security Agreement;

B. As to the Second Cause of Action, grant Plaintiff judgment against Rafael E. Torres in the amount of $848,743.17, plus accruing interest as of the date of default until paid in full at the rate set forth in the Note, the Loan Agreement, the Security Agreement, and the Rafael E. Torres Guaranty Agreement;

C. As to the Second Cause of Action, grant Plaintiff judgment against Rafael Mendez in the amount of $848,743.17, plus accruing interest as of the date of default until paid in full at the rate set forth in the Note, the Loan Agreement, the Security Agreement, and the Rafael Mendez Guaranty Agreement;

D. For attorneys' fees and costs associated with this action, plus additional costs and expenses, respectively; and

E. For such other and further relief as the Court deems just and proper.

s/J. Martin Page
J. Martin Page (NC Bar No.: 43852)
Bell Carrington Price & Gregg, LLC
339 Heyward Street, 2nd Floor
Columbia, SC 29201
Phone 803.509.5078
*Attorney for the Plaintiff*

Dated: September 10, 2026

Columbia, South Carolina

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

CIVIL ACTION FILE NO. 26-cv-739

TD Bank, N.A.,

Plaintiff,

vs.

Mendez and Torres PLLC; Rafael E. Torres; Rafael Mendez,

Defendant(s).

BCP No.: 26-43367

**VERIFICATION TO COMPLAINT**

PERSONALLY appeared before me, Jennifer Justus, who being duly sworn, depose and says that s/he is an employee of TD Bank, N.A., that s/he has reviewed the attached Complaint, that s/he knows the contents thereof to be true of her/his own knowledge, and that no part of the above sum claimed has been paid by discount or otherwise.

TD Bank, N.A.

[signature]

By: Jennifer Justus

Its: Vice President

SWORN TO AND SUBSCRIBED BEFORE ME

This 5th day of August, 2026

[signature] (L.S.)

Printed Name: Sean-Thomas McLeod

Notary Public for South Carolina

My Commission expires: October 20th, 2027

SEAN THOMAS MCLEOD
Notary Public
State of South Carolina
My Commission Expires Oct 20, 2027